# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DALENA LAFFERTY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION NO. |
| | )  1:21-cv-00604-LMM-CCB |
| COBB COUNTY SCHOOL DISTRICT, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Dalena Lafferty and Defendant Cobb County School District, by and through their respective counsel of record, and pursuant to FRCP 41(a)(1)(A)(ii) stipulate to dismissal of all claims and dismissal of this action with prejudice, and with each party to bear its own attorneys' fees, costs, and expenses except as otherwise agreed in writing between the parties.

Respectfully submitted this 20th day of March, 2023.

| | |
|---|---|
| /s/ *E. Linwood Gunn, IV* | /s/ *David L. Pardue* |
| E. Linwood Gunn, IV | David L. Pardue |
| Georgia Bar No. 315265 | Georgia Bar No. 561217 |
| THE GUNN LAW FIRM LLC | Brian D. Stoltz |
| 244 Roswell Street, Suite 100 | Georgia Bar No. 648725 |
| Marietta, GA 30060 | PARKER POE ADAMS & |
| Phone: 470.508.0020 | BERNSTEIN LLP |

| | |
|---|---|
| elg@atldiscriminationlawyers.com<br>*Attorney for Plaintiff* | 1075 Peachtree Street, NE, Suite 1500<br>Atlanta, GA 30309<br>Phone: 678.690.5750<br>Facsimile: 404.869.6972<br>davidpardue@parkerpoe.com<br>brianstoltz@parkerpoe.com<br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this date, I filed this *Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Brian Stoltz brianstoltz@parkerpoe.com

David Pardue davidpardue@parkerpoe.com

This 20th day of March, 2023.

>*/s/ E. Linwood Gunn, IV*
>E. Linwood Gunn, IV
>Georgia State Bar No. 315265
>THE GUNN LAW FIRM LLC
>244 Roswell Street, Suite 100
>Marietta, GA 30060
>470.508.0020
>elg@atldiscriminationlawyers.com